ELLA L. SHAY, Respondent, *v.* NORTHERN CENTRAL RAILWAY COMPANY, Appellant.

*Shay* v. *Northern Central Railway Co.*, 143 App. Div. 957, affirmed.
(Argued January 20, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 10, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Alexander S. Diven* for appellant.

*E. A. Griffith* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.